UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------- x

JUEL MCQUEEN

                Plaintiff,

vs.

ROYAL BANK OF SCOTLAND N.V., ROYAL
BANK OF SCOTLAND PLC., PETR JELINECK,
LYNDA CASSELL

                Defendant.

----------------------------------- x

Civil Action No. 12-cv-00958 (FSH) (PS)

ECF CASE

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, and subject to the approval of the Court, that:

1. On February 21, 2012, counsel for Defendant Royal Bank of Scotland N.V. was served with the Summons and Complaint.

2. On March 19, 2012, counsel for Defendant executed a Waiver of Service of Summons.

3. Since that time, the parties have been working diligently toward reaching a settlement of this matter. The settlement agreement has been finalized, and Defendant has been informed by Plaintiff that she has executed the agreement. The parties expect that a stipulation of dismissal of this action with prejudice will be filed by May 31, 2012.

4. For the foregoing reasons, the parties hereby stipulate and respectfully request that the time within which Defendant may answer, move or otherwise respond to the Complaint shall be extended from April 23, 2012 up to and including June 23, 2012.

5. No other extensions have been previously obtained.

Respectfully submitted,

| | |
|---|---|
| GERALD GRAVES & ASSOCIATES | PROSKAUER ROSE LLP |
| By: _____ | By: _____ |
| Jerry Graves | John P. Barry |
| 4 South Orange Avenue, # 117 | One Newark Center |
| South Orange, New Jersey 07079 | Newark, New Jersey 07102 |
| (973) 763-9029 | (973) 274-3200 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant, |
| | Royal Bank of Scotland N.V. |
| | |
| Dated: May 24, 2012 | Dated: May 24, 2012 |

SO ORDERED:

Dated: May 24, 2012

_____
Honorable Patty Shwartz
United States Magistrate Judge

2