# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JUEL MCQUEEN,

          Plaintiff,

v.

ROYAL BANK OF SCOTLAND N.V., ROYAL BANK OF SCOTLAND PLC., AND PETR JELINECK, LYNDA CASSELL,

          Defendant.

Case No. 12-cv-00958

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the Complaint in this matter against Defendants The Royal Bank of Scotland N.V., Royal Bank of Scotland PLC., Petr Jelinek, incorrectly named herein as Petr Jelineck, and Lynda Cassell, is discontinued and the action shall be, and the same hereby is, dismissed in its entirety with prejudice, and without fees or costs to either party.

Jerry Graves, Esq.
4 South Orange Avenue, # 117
South Orange, New Jersey 07079

*Attorneys for Plaintiff*

By: _____
    Jerry Graves, Esq.

Dated: 5/25/12

Proskauer Rose LLP
One Newark Center
Newark, New Jersey 07102

*Attorneys for Defendant*

By: _____
    John P. Barry, Esq.

Dated: 5/24/12

So Ordered:

_____